```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
HUDSON FURNITURE, INC.,                  :
                                         :
                        Plaintiff,       :      23cv6715 (DLC)
             -v-                         :
                                         :         ORDER
MUMESAN AYDINLATMA DEK. SAN. TIC. LTD.   :
STI.,                                    :
                                         :
                        Defendant.       :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

The plaintiff filed the complaint in this action on August 1, 2023. This case was reassigned to this Court on August 9. On August 10, the plaintiff filed its First Amended Complaint pursuant to Rule 15(a)(1)(A), Fed. R. Civ. P. On September 6, the plaintiff filed a document entitled "Second Amended Complaint" without obtaining leave of this Court or indicating that it had obtained the written consent of the defendant pursuant to Rule 15(a)(2), Fed. R. Civ. P. Accordingly, it is hereby

ORDERED that the proposed Second Amended Complaint is stricken.

Dated:   New York, New York
         September 6, 2023

                                  _____
                                           DENISE COTE
                                  United States District Judge