**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| HUDSON FURNITURE, INC., | : | **ECF CASE** |
| | : | |
| Plaintiff | : | Civil Action No.  1:23-cv-06715-DLC |
| v. | : | |
| | : | Denise L. Cote, U.S.D.J. |
| MUMESAN AYDINLATMA DEK. SAN. TIC. | : | Katharine H. Parker, U.S.M.J. |
| LTD. STI., | : | |
| | : | |
| Defendants. | x | |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Hudson Furniture, Inc., by and through its counsel, hereby files its notice that the above-captioned action is voluntarily dismissed without prejudice against Defendant Mumesan Aydinlatma Dek. San. Tic Ltd. Sti.

Under Rule 41(a)(1)(A)(i), a "plaintiff may dismiss an action without a court order by filing [] a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Plaintiff filed its Complaint against Defendant Mumesan Aydinlatma Dek. San. Tic Ltd. Sti. on August 1, 2023. (Dkt. No. 1.) Plaintiff further filed the operative Amended Complaint on August 10, 2023. Defendant has not served either an answer to either complaint or a motion for summary judgment.

Plaintiff therefore submits this Notice of Voluntary Dismissal Pursuant to Rule 41(a)(1)(A)(i) dismisses this action against Defendant without prejudice.

Respectfully submitted,

Dated: September 29, 2023          By:     s/ Matthew G. Miller
                                              Matthew G. Miller
                                              Hoda Rifai-Bashjawish
                                              LERNER DAVID LLP

7822044

20 Commerce Drive
Cranford, NJ  07016
Tel:        908.654.5000
Fax:        908.654.7866
E-mail:    mmiller@lernerdavid.com
               hrifai-bashjawish@lernerdavid.com
               litigation@lernerdavid.com

*Attorneys for Plaintiff*
 *Hudson Furniture, Inc.*